UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL NO. 10-32-DCR-JGW

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                    **ORDER**

BRUCE SHORE                                                 DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \*

Due to a conflict in the Court's calendar, on the Court's own motion,

**IT IS ORDERED** that the Arraignment currently scheduled in this matter for May 28, 2010, at 11:00 a.m. is hereby rescheduled for **May 28, 2010, at 2:00 p.m.** In addition to the electronic notice provided to counsel of record, the Court Clerk is instructed to forward a copy of this Order to Defendant at the address noted on the summons.

This 24th day of May, 2010.



Signed By:
*Candace J. Smith*
**United States Magistrate Judge**

G:\DATA\Orders\criminal cov\2010\10-32-DCR-reschedule2.wpd