UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
Criminal Minutes-Initial Appearance and Arraignment

**Cov. Cr. 10-32-DCR-JGW-1**                                                                 **5/28/2010**

U.S. vs. **Bruce Shore**                                          **X**  Present        **X**  Summons

PRESENT:    **CANDACE J. SMITH, U.S. MAGISTRATE JUDGE**

| **Lynn Voskuhl** | **Lisa Wiesman** | **Jason Denney for Laura Voorhees** |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

**David Sloan**
Attorney for Defendant                        **X**  PRESENT        **X**  APPOINTED

**Defendant is ordered released under a $10,000 unsecured appearance bond. The terms and conditions of the bond are set per the separate Order Setting Conditions of Release entered concurrently herewith.**

\_\_Waiver of Indictment filed    \_\_Information filed
\_\_Arraignment and plea continued to
**X** Copy Indictment given Defendant.
**X** Ordered **David Sloan** is appointed Attorney under the Criminal Justice Act.
**X** Defendant waives formal arraignment.
\_\_Indictment read to defendant by the Court.
**X** Defendant waives reading of the Indictment.
**X** Defendant entered a plea of **NOT GUILTY TO THE INDICTMENT**.
**X** Pretrial Conference set on **July 12, 2010, at 9:30 a.m. before Judge Danny C. Reeves at Covington.**
**X** Trial set on **July 27, 2010, at 9:30 a.m. before Judge Danny C. Reeves at Covington.**
     **Counsel to be present in court at 9:00 a.m.** Anticipated length of trial is 2 days.
\_\_On oral motion of the United States, a Detention Hearing will be held on
\_\_Order of Detention Pending Trial entered concurrently herewith.
\_\_Defendant remanded to the custody of the U.S. Marshal.
**X** Defendant shall remain on bond and on conditions of release.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

USA/USPO/USM/D.Sloan                                          Deputy Clerk Init. **lv**
TIC: 15 Mins.
G:\DATA\Orders\criminal cov\2010\10-32-DCR-arraign.mins.wpd