UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 2: 10-32-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| BRUCE SHORE, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of Defendant Bruce Shore's motion to continue the pretrial conference which is scheduled for July 12, 2010, and the trial of this matter which is currently scheduled to begin July 27, 2010. The Defendant also requests that the deadline for filing defensive and other motions be extended 45 days. [Record No. 15] In evaluating this motion, the Court notes that, at the present time, the deadline for commencing the trial is August 6, 2010, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(c)(1).

In support of the motion to continue, counsel for Defendant Shore states that, as a member of the Kentucky Bar Association's Character and Fitness Committee, he is currently scheduled to attend a meeting in Louisville on July 27, 2010. Inasmuch as counsel's prior meeting cannot be rescheduled and requires his attendance, the Court will grant the Defendant's motion, in part. Accordingly, it is hereby

**ORDERED** as follows:

1. The motion to continue the pretrial conference and trial of this matter [Record No. 15] is **GRANTED**. Trial of this matter shall be continued until **Tuesday, August 31, 2010**, beginning at the hour of **9:30 a.m.**, with counsel and the parties to be present at **9:00 a.m.**, at the United States Courthouse in Covington, Kentucky. The pretrial conference shall be continued until **August 23, 2010**, beginning at the hour of **2:30 p.m.**, at the United States Courthouse in Covington. The Defendant's motion to extend the deadline for filing motions defensive and other motions identified in paragraph 4 of the Court's Pretrial and Discovery Order is **GRANTED**, in part. This deadline shall be extended by thirty (30) days.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the period of delay resulting from this continuance (July 27, 2010, through August 31, 2010) is excluded under the Speedy Trial Act because the ends of justice served by granting the continuance (specifically, avoidance of new counsel being appointed to represent Defendant Shore and the additional cost and potential delay resulting from such appointment) outweigh the best interest of the public and the Defendants in a more speedy trial. The Court also notes the short period of delay occasioned by granting the motion weighs in favor of the relief provided.

This 11th day of June, 2010.



Signed By:
*Danny C. Reeves* DCR
United States District Judge